# United States Bankruptcy Court

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Sonya A. Norman | ) | Chapter 13 |
| | ) | Case No. 18 B 27804 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Sonya A. Norman
6145 S Indiana
Apt. A
Chicago, IL 60637

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 13, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, July 30, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 03, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on January 08, 2019, for a term of 36 months with payments of $325.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 9 | $2,925.00 | $2,275.00 | $650.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/29/2019
Due Each Month: $325.00
Next Pymt Due: 08/02/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 11/09/2018 | 70776 | $325.00 | 12/07/2018 | 4506116 | $325.00 |
| 01/08/2019 | 4511494 | $325.00 | 02/08/2019 | 75451 | $325.00 |
| 03/27/2019 | 4522688 | $325.00 | 04/12/2019 | 4527922 | $325.00 |
| 05/13/2019 | 4533830 | $325.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE